1096

## Keen contᵃ Johnson

Iohn Keen Assignee to Iohn Manset plaint. contᵃ Samˡˡ Iohnson Defendᵗ in an action of the case for witholding the Summe of Fourteen pounds fourteen Shillings Sterling money of New-England due by bill dated. 29. augᵒ 77. wᵗʰ damages. . . . The Iury . . . found for the plaint. Sixteen pounds Eight Shillings in money and costs of Court allowᵈ twenty three Shillings

Execution issued 10: novʳ 79. [ 617 ]

## Williams contᵃ Greene

Iohn Williams plaint. contᵃ Iohn Greene Defendᵗ The plaint. withdrew his Action.

